NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARINE POLYMER TECHNOLOGIES, INC.,**
*Plaintiff-Appellee,*

v.

**HEMCON, INC.,**
*Defendant-Appellant.*

---

2010-1548

---

Appeal from the United States District Court for the District of New Hampshire in case no. 06-CV-0100, Judge Joseph A. DiClerico, Jr.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

### ORDER

HemCon, Inc. submits a motion for a stay, pending appeal, of the permanent injunction entered by the United States District Court for the District of New Hampshire on September 16, 2010. HemCon also requests an immediate "administrative stay" of the injunction pending disposition of its motion for a stay, pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Marine Polymer Technologies, Inc. is directed to respond no later than October 8, 2010.

(2) HemCon's request for an "administrative stay" is granted to the extent that the injunction is temporarily stayed, pending the court's receipt of the response and the court's consideration of the papers submitted.

FOR THE COURT

SEP 2 3 2010                    /s/ Jan Horbaly
_____                _____

Date                           Jan Horbaly
                               Clerk

cc: Raymond A. Kurz, Esq.
    Brian M. Poissant, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 3 2010

JAN HORBALY
CLERK